JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELANA LESTER et al., | Case No.  CV 17-5658-GW-JCx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| DEPUTY ORTHOPAEDICS, INC., et al., | |
| Defendants. | |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

    IT IS SO ORDERED.

Dated: August 17, 2023

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE